IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

MICHAEL DEWAYNE EPPERSON, JR.,   )
                                 )
      Plaintiff,                 )
                                 )
v.                               )   CV 125-109
                                 )
DEPUTY MICHAEL COLE and          )
RICHMOND COUNTY SHERIFF'S        )
OFFICE,                          )
                                 )
      Defendants.                )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___4th___ day of September, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA